UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRY MINKOW,<br><br>Defendant. | Case No.: 14CR0153-MMA<br><br>INFORMATION<br><br>Title 18, U.S.C., Sec. 371 – Conspiracy |

The United States charges that, at all times relevant to this Information:

1. In 1989, defendant Barry Minkow ("defendant") was convicted of securities fraud, embezzlement, mail fraud, wire fraud, tax evasion and other federal criminal offenses for his operation of an elaborate Ponzi scheme.

2. In 1995, defendant was released from federal prison and claimed to have been behaviorally and spiritually reformed. By 1997, defendant had been hired as a pastor at the San Diego Community Bible Church ("SDCBC"), a position that he held until in or about March 2011. By 2001, defendant had founded the Fraud Discovery Institute ("FDI"), a for-profit investigative firm that aimed to detect and expose hundreds of millions of dollars in fraudulent business activities. In 2002, defendant's claim of rehabilitation persuaded a federal judge to terminate his probation early.

### Count 1

### The Conspiracy

3. Beginning as early as May 2001, and continuing through at least March 14, 2011, in the Southern District of California and elsewhere, defendant Barry Minkow and others knowingly and unlawfully conspired, confederated and agreed: (1) to commit offenses against the United States, to wit (a) mail fraud, in violation of Title 18, United States Code, Section 1341; (b) wire fraud, in violation of Title 18, United States Code, Section 1343; and (c) bank fraud, in violation of Title 18, United States Code, Section

1344; and (2) to defraud the United States of and concerning its governmental functions and rights by impeding, impairing, obstructing and defeating the lawful functions of the Internal Revenue Service of the Treasury Department ("IRS") in the ascertainment, assessment and collection of federal income taxes; and further defendant and his conspirators took overt acts for the purpose of carrying out the conspiracy.

### The Objects of the Conspiracy

4. The objects of the conspiracy were for defendant and his conspirators to fraudulently obtain the unauthorized use and benefit of over $3 million from SDCBC, its parishioners and its lenders and to conceal such defalcation and diversion from the IRS in an attempt to reduce the conspirators' tax obligations to the United States.

### The Methods and Means of the Conspiracy

5. In furtherance of this conspiracy and to accomplish its unlawful objects, defendant and his conspirators used the following methods and means:

    a. fraudulently convinced several financial institutions in the San Diego area to open a dozen unauthorized bank accounts in the name of SDCBC, and to give defendant control over such accounts and the funds they contained;

    b. forged signatures on checks and drew unauthorized checks on legitimate SDCBC financial accounts for the benefit of the conspirators, totaling more than $300,000;

    c. diverted and deposited checks drawn on legitimate SDCBC accounts into unauthorized accounts controlled by the conspirators, totaling more than $47,000;

    d. diverted and deposited SDCBC member donation checks into unauthorized accounts controlled by the conspirators, totaling more than $1.3 million;

    e. diverted SDCBC member donations and payments from legitimate SDCBC accounts, made through PayPal, to accounts controlled by the conspirators, totaling more than $515,000;

    f. charged unauthorized personal expenses on SDCBC credit cards;

  g. obtained unauthorized loans in the name of SDCBC from financial institutions totaling $450,000;

  h. obtained unauthorized loans based on legitimate, pre-existing SDCBC loans, totaling more than $1.4 million;

  i. obtained funds directly from individual SDCBC members which were intended for SDCBC and converted those funds to the conspirators' use and benefit;

  j. caused the tax identification number of SDCBC to be used, without authority, to open unauthorized SDCBC financial accounts in order to conceal from the IRS the true ownership and control of the funds converted to defendant's use and benefit;

  k. concealed from the IRS the income defendant received during the conspiracy; and

  l. using the means and methods described above, fraudulently obtained funds totaling at least $3 million (not including loan proceeds), with a net gain of more than $1.6 million after allowance for payments by the conspirators back to, or for the benefit of, SDCBC.

## OVERT ACTS

6. In furtherance of the conspiracy and to effect its unlawful objects, defendant and his conspirators committed the following overt acts, among others, in the Southern District of California and elsewhere:

  a. on or about May 9, 2001, caused an unauthorized application for a credit card in the name of SDCBC to be submitted by facsimile to a financial institution in Nebraska;

  b. on or about June 26, 2003, caused a letter to be sent, with a forged signature, to a financial institution in California directing the unauthorized purchase of specific cashier's checks with SDCBC funds totaling $300,000 for the use and benefit of the defendant;

  c. on or about July 30, 2003, caused fictitious minutes of a meeting of the SDCBC Board of Elders to be submitted to a financial institution in San Diego, California;

  d. on or about July 31, 2003, caused fictitious minutes of a meeting of the SDCBC Board of Elders to be submitted to a financial institution in San Diego, California;

  e. on or about May 21, 2004, caused an unauthorized account (x2590) to be opened in the name of SDCBC at a financial institution in San Diego, California;

  f. on or about January 26, 2005, caused an unauthorized addition of a conspirator to the signature card of a SDCBC account (x8550) at a financial institution in San Diego, California;

  g. on or about March 21, 2006, caused an unauthorized account (x0729) to be opened in the name of SDCBC at a financial institution in San Diego, California;

  h. on or about May 31, 2006, caused an unauthorized account (x3582) to be opened in the name of SDCBC at a financial institution in San Diego, California;

  i. on or about December 26, 2006, caused a letter to be sent, by facsimile, to a financial institution in California directing the unauthorized purchase of specific cashier's checks with SDCBC funds totaling $307,896.59 for the use and benefit of the defendant;

  j. between December 2006, and January 2007, forged the signature of P.F. on SDCBC credit card cash advance checks used to pay defendant's personal expenses;

  k. on or about March 12, 2007, caused an unauthorized account (x0211) to be opened in the name of SDCBC at a financial institution in San Diego, California, using a fictitious corporate resolution;

4

l.   on or about March 12, 2007, fraudulently obtained an extension of the maturity date (to March 12, 2010) for an unauthorized loan (x1685) of $150,000 in the name of SDCBC from a financial institution in San Diego, California;

m.   on or about March 16, 2007, obtained an unauthorized loan (x5216) of $150,000 in the name of SDCBC from a financial institution in San Diego, California, using a fictitious corporate resolution, and converting the proceeds to defendant's own use and benefit;

n.   on or about July 24, 2007, caused an unauthorized application for an increased credit limit for a credit card (x2720) in the name of SDCBC to be submitted by facsimile to a financial institution in North Dakota;

o.   on or about October 5, 2007, fraudulently obtained the proceeds of an unauthorized loan (x9496) of $125,000 in the name of SDCBC from a financial institution in San Diego, California;

p.   on or about December 12, 2007, caused fictitious minutes of a meeting of the SDCBC Board of Elders to be submitted to a financial institution in San Diego, California, in support of an unauthorized application for a loan in the name of SDCBC;

q.   on or about December 20, 2007, caused a fictitious corporate resolution in the name of SDCBC to be submitted to a financial institution in San Diego, California, to open an unauthorized account;

r.   on or about March 18, 2008, created a fraudulent Statement of Information for SDCBC for filing with the California Secretary of State falsely identifying a conspirator as an officer of SDCBC;

s.   on or about July 16, 2008, caused fictitious minutes of a meeting of the SDCBC Board of Elders to be submitted to a financial institution in San Diego, California, falsely stating an SDCBC intention to guarantee a bank loan for the defendant;

  t. on or about July 16, 2008, caused a fraudulent email from a conspirator falsely claiming to vouch for defendant on behalf of SDCBC to be submitted to a financial institution in San Diego, California;

  u. on or about July 17, 2008, fraudulently obtained a loan of $100,000 from a financial institution in San Diego, California, for defendant's personal business (Fraud Discovery Institute) based on a fictitious guarantee by SDCBC and using forged signatures;

  v. on or about January 26, 2009 caused a financial institution in San Diego, California, to add defendant as a signatory on an unauthorized account (x0211) in the name of SDCBC, using a fictitious corporate resolution;

  w. on or about February 9, 2009, caused an unauthorized account (x8734) to be opened in the name of SDCBC at a financial institution in San Diego, California;

  x. on or about February 22, 2009, submitted to a financial institution in California a fraudulent application for an unauthorized loan of $500,000 in the name of SDCBC;

  y. on or about July 17, 2009, fabricated email messages to SDCBC members to hide from them the defendant's conversion of a $75,000 donation to the church (by B. W.) to defendant's use and benefit;

  z. on or about August 13, 2009, caused an unauthorized account (x8041) to be opened in the name of SDCBC at a financial institution in San Diego, California;

  aa. on or about January 1, 2010, caused a false SDCBC Record of Contributions to be sent to SDCBC member J. H. to hide the defendant's conversion of donations to the church (by J. H.) to defendant's use and benefit;

  bb. on or about May 18, 2010, caused an unauthorized account (x2498) to be opened in the name of SDCBC at a financial institution in San Diego, California, using a fictitious corporate resolution and forged signatures;

  cc. on or about July 26, 2010, converted to defendant's use and benefit the proceeds of a loan of $125,000 from SDCBC member S.A. that was made for church purposes;

  dd. on or about October 29, 2010, caused a financial institution in San Diego, California, to add conspirators as signatories on an unauthorized account (x0211) in the name of SDCBC, using a fictitious corporate resolution;

  ee. on or about November 22, 2010, fabricated an email message to deceive SDCBC member P.K. regarding the status of more than $250,000 defendant obtained from P.K. based on defendant's role as a pastor of SDCBC;

  ff. on or about January 13, 2011, caused an unauthorized account (x2804) to be opened in the name of SDCBC at a financial institution in San Diego, California, using a fictitious corporate resolution;

  gg. on or about February 15, 2011, fabricated an email message to deceive SDCBC representatives into believing that SDCBC was a beneficiary of life insurance policies on defendant's life for which premiums were paid with SDCBC funds;

  hh. caused the tax identification number of SDCBC to be used, without authority, to open unauthorized SDCBC financial accounts in order to conceal from the IRS the true ownership and control of the funds converted to defendant's use and benefit;

  ii. drafted a promissory note, using the name of a conspirator as the debtor, for a loan of $150,000 from a SDCBC member (P.K.) and converted the loan proceeds to defendant's use and benefit; and

jj.     for tax years 2007, 2008, and 2009, knowingly and willfully subscribed and submitted to the IRS federal income tax returns which omitted income of at least $52,156.56 for 2007, $247,503.64 for 2008, and $597,317.34 for 2009, resulting in taxes due and owing (not including penalties and interest) of at least $14,604 for 2007, $69,301 for 2008, and $167,249 for 2009.

All in violation of Title 18, United States Code, Section 371.

DATED: January 21, 2014.

           LAURA E. DUFFY
           United States Attorney

By: *[signature]*

           MARK W. PLETCHER
           Assistant U.S. Attorney