FILED
14 APR 23 PM 4:12
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY
NUNC PRO TUNC
MAR 10 2014

March 3, 2014

Judge Michael Anello
U.S. District Court, Southern District of California
221 West Broadway, San Diego, CA 92101

Re: *U.S. v. Barry Minkow*, Case No. 2011R02838; Docket No. 14-CR-00153

Dear Judge Anello:

Preface

By way of foreground, I confess Jesus of Nazareth pursuant to Matthew 10:32.

In short, with his recent crimes, Barry Minkow ("Minkow") has seemingly validated the ancient proverb: "*a dog returns to his own vomit, and, a sow, having washed, to her wallowing in the mire.*" 2 Peter 2:22. But more so the axiom "*fool me once, shame on you; fool me twice, shame on me*." In my opinion, Minkow's present downfall and the resultant losses to the Community Bible Church ["CBC"] and its members did not come to pass without the active and passive assistance of others, so much so that all or most of the post-ZZZZBest harm done by him might have been prevented. CBC, acting by and through its officers - the so-called "elder board" - knowingly and willingly hired and retained a notorious convicted felon as its senior pastor; so be it. But not just any felon: one who had demonstrated a love for money, celebrity and power on a grand scale a la the ZZZZBest case. The failure of the church leadership, in a colossal breach of its fiduciary duty, was its later refusal to manage or dismiss such an employee, and its failure to install and maintain minimum controls in light of the ex-con they knowingly placed in a position of authority and trust. Minkow is responsible for his wrongdoing, to be sure, but not solely responsible for the harm done. Your Honor, please allow me to elaborate.

Facts

By way of background, I am a resident of San Diego County since 1967. I am also a former member of CBC, between approximately 2000 and 2007. During that time, the defendant - Barry Minkow - was senior pastor at CBC. Also by way of background, I am a member of the California Bar Association (currently retired from the practice of law, inactive status), in good standing since 1980, State Bar No. 095823. I practiced mainly criminal law - defense and prosecution - the longest stretch being 22 years at the San Diego City Attorney's Office where (among other assignments) I served as head deputy of its financial crimes unit for approximately 15 years.

I was first introduced to Minkow by a then-member of CBC, Scott Ferrell, who had performed plumbing repair work at my former residence. This was around the year 2000 as best I recall. Mr. Ferrell asked me what I did for a living; I told him I ran the fraud unit at the City; he immediately told me I should come listen to his pastor, Barry Minkow,

celebrated fraud convict of the infamous ZZZZBest case. So I did. At the time, I was not tethered to another local fellowship, so before long I found myself in regular attendance.

Within a short period of time and without my solicitation, Minkow began to share with me his plans for what would become his Fraud Discovery Institute ("FDI"), the shell through which he would later engage in his "short & distort" and extortion schemes that landed him in prison in 2011 relative to his assault on the Lennar company. [I later surmised that the moniker "FDI" enabled Minkow to garble phone conversations so he could announce himself as "*F**B**I calling*."] I told Minkow back then that under the City Charter, I could render no legal advice to anyone outside of City government, and I never did. I learned later that Minkow had also shared his "FDI" plans with former FBI special agent Darwin Wisdom, with whom I had worked as the City Attorney's liaison to the FBI's Boiler Room Task Force. Mr. Wisdom - like me - told Minkow he wanted nothing to do with "FDI."

What I did see in Minkow's plans I found disturbing - many untrue and misleading statements in the promotional materials [see attached example, touting former Higgs, Fletcher lawyer Franklin Lloyd as a principal in FDI; he wasn't], and no discernable lawful business model. At one point, I urged Minkow to abandon the idea altogether as far too risky for someone who had only recently been in prison for financial crimes. I even offered to "pass the hat" among the fellowship and seek a pay raise for Minkow if that would get him off such dangerous paths; he declined. Most prophetically, during those early years at CBC, I arranged a lunch for Minkow, myself and former chief of the San Diego District Attorney's Fraud Division Anthony (Tony) Samson. I wanted Tony to speak with and listen to Minkow; Tony was glad to meet the ZZZZBest celebrity. After a two hour lunch, as Tony and I drove back to work, Tony remarked that Minkow had not changed; that he was still a con-man. I respected Tony's opinion, but hoped he was wrong. Of course, he wasn't wrong.

By early 2004, Minkow's activities via "FDI" had escalated greatly, bolstered by a "60 Minutes" CBS television segment, portraying Minkow as "con-man turns preacher turns fraud-fighter," thanks to Minkow's association with an FBI agent, Peter Norrell, who started using Minkow for investigative purposes [see e.g. attached FDI "ALERT".] I wrote several letters to agent Norrell confronting him about the folly and risks of using Minkow; agent Norrell wrote back essentially telling me to mind my own business.

From 2004 through 2006, I repeatedly and directly warned CBC's chief elder, Mr. Tony Nevarez, that Minkow's operation of his for-profit "FDI" on church premises using church staff, equipment and supplies, could run us afoul of IRS rules pertaining to the church's non-profit tax exempt status. I also warned Elder Nevarez that Minkow's activities via FDI could draw the church into litigation as co-defendant when companies "trashed" by Minkow's reports started to file lawsuits against him. Elder Nevarez told me that the board was aware of the risks, understood that the continued tolerance of FDI on

church premises was unwise, but that the elder board decided to accept the risk. I told Elder Nevarez that allowing Minkow to engage in such extracurricular activities was grossly uncaring to an ex-con who had already suffered convictions and prison for financial crimes; that it was akin to hiring an ex-alcoholic and allowing him to run a liquor store on the premises. Elder Nevarez's response to me was that if I didn't trust the leadership at CBC, I should go somewhere else.

In late 2006, things came to a head. Minkow sent a letter to every CBC member blaming us for a (surprise!) $500,000 unpaid debt -"[dis]obedient in the area of tithing" the letter read [copy attached] - but no details as to how the debt was incurred, to whom it was owed, or anything else. I emailed Elder Nevarez and Minkow about that letter, told them it was "crap," and that if a church the modest size of CBC owed that much money, details should be communicated in any letter to members, not a mere scolding from the pastor. Minkow had consistently boasted from the pulpit that, due to his prior record, he had absolutely nothing to do with church finances, so I told Elder Nevarez it was nonsensical for Minkow to send such a letter. Elder Nevarez told me for the first time that Minkow had in fact been made "CEO" of the church with full authority to transact its business. This was a secret kept from the congregation; Minkow continued to boast of his "no financial authority." So thereafter, I informed Elder Nevarez that I would attend the upcoming annual church business meeting - a few weeks away in late December 2006 - accompanied by a forensic CPA and a former white collar crime investigator to help me ask questions about church finances.

The day of the church business meeting, I was informed by elder Nevarez that I was no longer a member of CBC and would be barred from the meeting. Elder Nevarez told me he'd contacted the police department to enforce my exclusion. I did not attend the meeting. Days later, I was formally excommunicated from CBC [see attached notice.] I never returned to fellowship at CBC. Most of the friends I had made at the church refused to speak with me, and to this day there is a pall over all those previous relationships. Before and after Minkow left to begin his current sentence relative to the Lennar matter, I learned that one or more of the elders were trading stock on tips supplied by Minkow. I also learned that Minkow's FBI liaison Peter Norrell resigned from the Bureau as part a plea agreement relative to his own criminal conviction for abusing his official position.

Your Honor, thank you for taking the time to read the above; I hope it helps. If Your Honor, the government or the defendant have any questions, I am happy to respond.

Sincerely,

WR Newsome III

William R. Newsome III
1190 Via Santa Paulo, Vista CA 92081
858-382-2488




## Franklin T. Lloyd

- Law School
- Harvard
- LLB 1965
- Undergraduate
- University of California
- Admitted to Practice
- January 1966
- Practice Groups
- Business Transactions and Securities Exchange Act Reporting and Compliance Health Care

For all but five of his years of practice, Mr. Lloyd has been engaged in providing legal services to individuals and entities engaged in various business activities. During the five years he was not engaged in private practice, he was an officer and director of a New York Stock Exchange listed company engaged in exploration for, and production of, oil and gas, coal, and uranium.

Since returning to private practice in 1980, his practice has embraced most areas of law of interest to businesses and entrepreneurs, including start-up, emerging, and public companies. The range of businesses he has represented includes manufacture of high technology consumer products, electronic hardware and software, and independent electrical and thermal power production.

Services provided include contract drafting; entity selection, formation, and maintenance; agreements and stock option programs for officers directors, employees, and consultants; contracts for the supply or purchase of products or services; joint venture and technology exchange agreements; buy-sell and other agreements among business owners; secured and unsecured, and recourse and non-recourse financing; private and public offerings of securities; and public company and public company officer, director, and shareholder securities compliance. Most recently, Mr. Lloyd was the head of the Exchange Act Reporting and Compliance Group of the San Diego law firm Higgs, Fletcher & Mack LLP.

• Privacy Statement • © 2006 Fraud Discovery Institute, Inc.



# ALERT!

## Is AOB a $250 million international scam? We think so!

FDI has just released a 200-page detailed report on AOB Commerce (www.aobinc.com) which details how AOB might be a $250 million US/China financial crime in progress. It also warns all potential investors as to the high probailty that any investment in and with AOB will most likely be lost.

In early October the Fraud Discovery Institute received a call from an investor who had just finished reading the book *Cleaning Up*. He indicated that he was currently involved with a company that appeared to have many points of similarity with investment fraud cases presented in the book.

After a preliminary investigation of his offering materials, the company website,and other relevant information provided by the client (directly from the primary source, or the promoter), the Fraud Discovery Institute concluded that there is a high likelihood that this company is a financial crime in progress. After providing FBI Agents and Supervisors with emails and original copies of the company offering memorandum received from the client, the FBI authorized a typical infiltration of the company by FDI. The results of that infiltration and subsequent in-depth investigation are outlined in the report.






October 17, 2006

Dear CBC Church Family;

First I want to thank you for taking the time to read this letter. I was recently reading a great article by Craig Groeschel, a pastor who warned other pastors of the dangers of becoming **a full-time minister and a part-time follower of Christ**. To describe exactly what he meant by the phrase, he writes of his own experience:

> "After a few years, I became good at being a pastor. Ministerial words flowed from my mouth. I learned what to say and what not to say. Weddings were a breeze, and funerals were becoming easier. Preaching came naturally, and my counseling skills gradually improved. Most people said I was an "up 'n' comer," the kind of pastor who'd rise quickly through the ranks to a bigger church. From the outside, everything looked good. But God doesn't look at the outside."

And then one day he realized that his relationship with God was not where it should be.

One example he gave to support that conclusion was that of the many times someone asked him to pray for them and he promised to do so but did not. And on one special occasion when this occurred, God's Holy Spirit reached into his heart and brought to his remembrance Colossians 3:9–10: "Do not lie to each other, since you have taken off your old self with its practices and have put on the new self, which is being renewed in knowledge in the image of its Creator."

It was after reading that verse that Pastor Groeschel said his whole life changed. It was then that he became a **full time follower of Christ who happened to be a pastor!**

Last week I indicated that one of the reasons I try to honestly portray the real struggles I face is kind of a hedge against this "mystique" that many pastors have of not struggling or even failing. Sadly I do both well and believe that only through the grace of the Lord Jesus Christ that any of us can succeed--especially in the ministry. Your faithfulness and prayers, if I never told you before are not only appreciated by me, but coveted. In fact, the longer I do this thing called "ministry" (it will be 10 years as the Senior Pastor of CBC in




COMMUNITY BIBLE CHURCH 9919 CARROLL CENTER ROAD SAN DIEGO CA 92126

March) the more I realize that I really know very little about being a consistent, godly leader.

I realize that we have, for the last couple of weeks, discussed in the "Would You Consider" series some needs of the church. Believe me, I really do not like playing the role of "send the church money" because it, more than anything else, pulls me back into the role of 'full time minister, part time follower of Christ,' rather than 'full time follower of Christ who happens to be a pastor.' There are several reasons for this and none of them are good. Instead of trusting God to provide I begin to doubt my effectiveness as a leader. Instead of simply laying out the needs of the church (in this case the congregation approved $500,000 for the multi venue equipment and expansion) and letting God's Spirit move His people to meet the needs of His local church, I worry and contradict what I tell others to do in similar circumstances.

When I started this short, 4 week series, I was hoping and praying that **'you people'** would change and subsequently help us eliminate the debt and become obedient in the area of tithing. But God had other plans. And while I still hope and pray that you "would consider" a special, one time gift to Community Bible Church, I think that I am the one who has changed the most--hopefully for the better. And that is because it is a whole lot better being a full time follower of Christ who happens to be a pastor.

I thank you in advance for your prayerful consideration in this critical time in our church's history.

Love in Jesus,

Barry

104

BARRY MINKOW, SENIOR PASTOR · 858.549.7729 · WWW.SANDIEGOCBC.ORG

While there is much to celebrate at CBC we also have an unpleasant issue to deal with. This issue is a matter of Church Discipline that the Board will now bring before the membership.

For quite some time now Mr. William Newsome has had some concerns regarding various items at CBC. Two of Mr. Newsome's latest concerns have been

1) Operation of Pastor Barry's Fraud Discovery Institute on church premises and
2) The methods employed by the Board and Pastor Barry to repay the $500,000 recently borrowed to finance expansion to venues.

Concerns such as these are fine and questions from the membership are welcomed, it was, however, that Mr. Newsome addressed these concerns in a harassive and divisive manner with Pastor Barry. The Board asked him repeatedly to bring his concerns to the board and stop harassing and being dishonoring to our Pastor. Back in October I, and then Howard Hughes and myself, met with him as a result of a specific related action he had take and explained to him how he was slandering and dishonoring our Pastor. Mr. Newsome did not, and still does not, acknowledge his actions and attitudes as sin. While no longer a member of CBC, he resigned last October, Mr. Newsome remains a divisive person and continues to sow discord among any attender or member that will listen. We are now taking the matter before the church as required by Matt 18. In Titus 3:10-11 we read,

"Warn a divisive person once, and then warn him a second time. After that, have nothing to do with him."

It is the board's request that the local body put Mr. Newsome under church discipline which means that we as members of CBC will treat Mr. Newsome as a non-believer and not have Christian fellowship with him until such a time as he is restored. Our intent is of course to restore him to fellowship once he repents and turns from his sinful behavior.

I will inform Mr. Newsome that he is not welcomed at CBC until such a time as he demonstrates to the Elder Board that he has acknowledged his sin and turned from it. I will communicate to Mr. Newsome that it is our desire to welcome him back into local fellowship and that we will constantly hold him up in prayer. (Galatians 6:1 tells us: "if a man is caught in any trespass, you who are spiritual restore such a one in a spirit of gentleness, each one looking to yourself lest you too be tempted.")

If any of you have any questions on the process that we have followed to come to this action we can discuss them now. If any of you have any questions on the specifics of Mr. Newsome's concerns I encourage you to discuss them with any of the Elders directly to ensure that we do not allow Satan to get any footholds at CBC.